IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00080-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

THERESA PHYLLIS SANDOVAL,

       Defendant.

## ORDER CONTINUING SUPERVISION AND MODIFYING CONDITIONS OF PROBATION

       THIS MATTER was before the Court upon report of the probation officer that the defendant violated her conditions of probation. At a probation violation hearing on July 2, 2008, the defendant admitted to violating the terms and conditions of her probation.

       THE COURT, having heard statements by the defendant , defense counsel, and counsel for the government, finds the defendant guilty of violation count 5. Accordingly, it is

       **ORDERED** that the defendant's probation be continued and that the defendant's conditions of probation be modified to include a special condition requiring that: The defendant shall reside in a residential reentry center for a period of six (6) months, to commence as directed by the probation officer, and shall observe the rules of that facility.

       **FURTHER ORDERED** that all terms and conditions of probation previously imposed on August 22, 2007, remain in full force and effect.

       DATED at Denver, Colorado, this 7th day of July, 2008.

                                 BY THE COURT:

                                   ***S/John L. Kane***
                                   JOHN L. KANE
                                   Senior United States District Judge